**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:14-cv-352 (LEAD CASE) |
| ARCHOS, INC., | § § § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:14-cv-363 (CONSOLIDATED CASE) |
| YIFANG USA INC. D/B/A EFUN, | § § § | |
| *Defendant.* | § | |

## **ORDER**

Before the Court is the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Long Corner Consumer Electronics LLC and Defendant Yifang USA D/B/A eFun (Case No. 2:14-cv-352 Dkt. No. 80). The Motion is GRANTED. The Court ORDERS that this action and all claims asserted by Long Corner against eFun are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

It is so ORDERED.

SIGNED this 3rd day of November, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE